# United States District Court
# Eastern District of California

Ada Lloyd

Plaintiff(s)

V.

Grange Insurance Association

Defendant(s)

Case Number: 2:26-cv-03639-DJC-CKD

APPLICATION FOR PRO HAC VICE AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Mikal D. Williams hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Plaintiff, Ada Lloyd

On 01/24/2024 (date), I was admitted to practice and presently in good standing in the US District Court - Northern District of Texas (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 11/10/2026 Signature of Applicant: /s/ Mikal D. Williams

**Pro Hac Vice Attorney**

Applicant's Name: Mikal D. Williams

Law Firm Name: Hodge Law Firm

Address: 1917 Postoffice Street

City: Galveston State: TX Zip: 77550

Phone Number w/Area Code: (409) 762-5000

City and State of Residence: Galveston, TX

Primary E-mail Address: mwilliams@hodgefirm.com

Secondary E-mail Address: erodriguez@hodgefirm.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Zachary E. Tinker

Law Firm Name: Sespe Law, APC

Address: 270 Quail Court

Suite 101

City: Santa Paula State: CA Zip: 93060

Phone Number w/Area Code: (805) 951-0019 Bar # 344946

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: November 10, 2026

Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE